No. 10-6864. **Jerome Weekes, Petitioner v. United States.**

564 U.S. 1021, 131 S. Ct. 3021, 180 L. Ed. 2d 850, 2011 U.S. LEXIS 4605.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 611 F.3d 68.

No. 10-6991. **Jason C. McConnell, Petitioner v. United States.**

564 U.S. 1021, 131 S. Ct. 3021, 180 L. Ed. 2d 850, 2011 U.S. LEXIS 4747.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 605 F.3d 822.

No. 10-7164. **Warren Ethingor, Petitioner v. United States.**

564 U.S. 1022, 131 S. Ct. 3022, 180 L. Ed. 2d 850, 2011 U.S. LEXIS 4737.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 388 Fed. Appx. 858.

No. 10-7205. **Harold L. Gooch, Jr., Petitioner v. United States.**

564 U.S. 1022, 131 S. Ct. 3022, 180 L. Ed. 2d 850, 2011 U.S. LEXIS 4609.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

No. 10-7305. **John Louis Atkins, Petitioner v. United States.**

564 U.S. 1022, 131 S. Ct. 3022, 180 L. Ed. 2d 850, 2011 U.S. LEXIS 4752.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 379 Fed. Appx. 762.

No. 10-7332. **Kenneth Irving Askew, Petitioner v. United States.**

564 U.S. 1022, 131 S. Ct. 3022, 180 L. Ed. 2d 850, 2011 U.S. LEXIS 4669.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 384 Fed. Appx. 504.

No. 10-7811. **Kevin Jerome Pullum, Petitioner v. Mike McDonald, Warden.**

564 U.S. 1022, 131 S. Ct. 3023, 180 L. Ed. 2d 850, 2011 U.S. LEXIS 4738.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 380 Fed. Appx. 663.